```
 1  KEVIN V. RYAN, CSBN 118321
    United States Attorney
 2  JOANN M. SWANSON, CSBN 88143
    Assistant United States Attorney
 3  Chief, Civil Division
    ILA C. DEISS, NY SBN 3052909
 4  Assistant United States Attorney

 5     450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102
 6     Telephone: (415) 436-7124
       FAX: (415) 436-7169
 7
    Attorneys for Defendants
 8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KANG HONG USA, INC.; a California Corporation; JIAN RONG ZHONG, an individual; ZUN HONG KE, an individual; and XIAO KE, an individual,<br><br>        Plaintiffs,<br><br>v.<br><br>MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; EMILIO T. GONZALEZ, Director, United States Citizenship and Immigration Services; ROBERT P. WIEMANN, Director, Administrative Appeals Office, U.S. Citizenship and Immigration Services,<br><br>        Defendants. | No. C 06-0804 EDL<br><br>**STIPULATION TO EXTEND TIME WITHIN WHICH THE DEFENDANTS MUST FILE AN ANSWER**<br>        & ORDER |

    Plaintiffs, by and through their attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to a thirty-day extension of time within which Defendants must serve their answer to the Complaint in the above-entitled action. Defendants will file their answer on or before May 10, 2006.

///

///

Stip. to Extend Time
C06-0804 EDL

| | | |
|---|---|---|
| 1 | Dated: April 7, 2006 | Respectfully submitted, |
| 2 | | KEVIN V. RYAN<br>United States Attorney |
| 4 | | /s/ |
| 5 | | ILA C. DEISS<br>Assistant United States Attorney |
| 8 | Date: April 5, 2006 | /s/<br>JUSTIN X. WANG |
| 9 | | Baughman & Wang<br>Attorney for Plaintiffs |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: April 10, 2006

IT IS SO ORDERED

*Elizabeth D. Laporte*

Judge Elizabeth D. Laporte

ELIZABETH D. LAPORTE
United States Magistrate Judge

Stip. to Extend Time
C06-0804 EDL