IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KONG HONG USA INC, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>MICHAEL CHERTOFF, et al.,<br><br>　　　　Defendants.　　　　　　／ | No. C-06-00804 EDL<br><br>**ORDER FOLLOWING INITIAL CASE MANAGEMENT CONFERENCE** |

Following the Initial Case Management Conference held on June 6, 2006, the Court issues the following order. The parties shall file their cross-motions for summary judgment by July 20, 2006. Oppositions to the motions shall be filed by September 5, 2006. The parties will not submit reply briefs. The hearing is scheduled for September 26, 2006 at 9:00 a.m. in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco.

**IT IS SO ORDERED.**

Dated: June 6, 2006

　　　　　　　　　　　　　　　　　　　　　　　　　　_Elijah D. Laporte_
　　　　　　　　　　　　　　　　　　　　　　　　　　ELIZABETH D. LAPORTE
　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge